ANDREWS et al., Respondents, v. KENT BLDG. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Frank M. Andrews and others against the Kent Building Company. D. G.

George, of New York City, for appellant. W. A. Ulman, of New York City, for respondents. PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.